**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______________ Chapter 7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Greenscape Outdoor Services, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3283012 |
| 4. | **Debtor's address** | **Principal place of business**<br>1777 South Pennsylvania Avenue<br>Morrisville, PA 19067<br>Number, Street, City, State & ZIP Code<br>Bucks<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://greenscapelandscapecontractor.com/contact.html |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Greenscape Outdoor Services, LLC** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________

District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **(See attached Form 1)** Relationship ____________

District ____________ When ____________ Case number, if known ____________

Debtor Greenscape Outdoor Services, LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Greenscape Outdoor Services, LLC                                    Case number (if known)
          Name

▓▓▓▓  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 27 / 2017
             MM / DD / YYYY

X _Robert E. Sullivan_                        Robert E. Sullivan
Signature of authorized representative of debtor    Printed name

Title    Chairman and CEO

**18. Signature of attorney**

X _[signature]_                                Date  4-27-17
Signature of attorney for debtor                     MM / DD / YYYY

Monique B. DiSabatino
Printed name

Saul Ewing LLP
Firm name

1201 North Market Street
Suite 2300
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone    (302) 421-6806      Email address    mdisabatino@saul.com

6027, DE
Bar number and State

In re **GREENSCAPE OUTDOOR SERVICES, LLC** Case No. ____________

____________________,
Debtor

## FORM 1. VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed |
|---|---|---|
| **Evergreen Holdings, LLC**<br>**District of Delaware** | **Affiliate** | **April 27, 2017** |
| **Greenscape Storm Response Services, LLC**<br>**District of Delaware** | **Affiliate** | **April 27, 2017** |
| **Greenscape Tree Services, LLC**<br>**District of Delaware** | **Affiliate** | **April 27, 2017** |
| **Greenscape Landscape Contractors, LLC**<br>**District of Delaware** | **Affiliate** | **April 27, 2017** |
| **Greenscape Snow and Ice Management, LLC**<br>**District of Delaware** | **Affiliate** | **April 27, 2017** |

# GREENSCAPE OUTDOOR SERVICES, LLC

## UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF THE SPECIAL COMMITTEE

**Taken as of March 31, 2017**

The undersigned, being all members of the Special Committee (the "Committee") of Greenscape Outdoor Services, LLC, a Delaware limited liability company (the "Company"), hereby adopt and give their consent to the following resolutions as though taken at a duly constituted meeting.

WHEREAS, pursuant to a written consent dated March 17, 2017, the Board of Directors of the Company (the "Board"), with the consent of the members of the Company (the "Members"), delegated to the Committee all rights, powers and authority with respect to the restructuring and/or bankruptcy of the Company, including any decisions to authorize a bankruptcy filing on behalf of the Company, and

WHEREAS, that, in the judgment of the Committee, it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition (the "Petition") be filed by the Company seeking relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"),

NOW, THEREFORE, BE, AND IT IS HEREBY,

RESOLVED, that the Committee has determined in its judgment that it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company in the Bankruptcy Court seeking relief under the provisions of chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the officers of the Company, together with any other person or persons hereafter designated by the Committee (each individually an "Authorized Officer," and individually and collectively the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 7 of the Bankruptcy Code and

to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered and directed to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including but not limited to all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants and/or other professionals and to take any and all other actions, that they or any of them deem necessary, proper or desirable in connection with the chapter 7 case contemplated hereby, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED, that the law firm of Saul Ewing LLP, with offices at, among other places, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19801 be, and hereby is, employed under general retainer as bankruptcy counsel for the Company in the chapter 7 case; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 7 of the Bankruptcy Code or in connection with the chapter 7 case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates and undertakings, including but not limited to amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is

FURTHER RESOLVED, that these resolutions shall be filed with the corporate records of the Company.

[Execution page follows]

The foregoing ACTION BY WRITTEN CONSENT shall be effective as of the date set forth above, upon the signing of a copy hereof by the Committee.

WITNESS our hands as of the date first written above.

SPECIAL COMMITTEE MEMBERS:

James S. Schwab, Director

Robert E. Sullivan, Director

Craig Sieber, Director

The foregoing ACTION BY WRITTEN CONSENT shall be effective as of the date set forth above, upon the signing of a copy hereof by the Committee.

WITNESS our hands as of the date first written above.

SPECIAL COMMITTEE MEMBERS:

James S. Schwab, Director

Robert E. Sullivan, Director

Craig Sieber, Director

The foregoing ACTION BY WRITTEN CONSENT shall be effective as of the date set forth above, upon the signing of a copy hereof by the Committee.

WITNESS our hands as of the date first written above.

**SPECIAL COMMITTEE MEMBERS:**

______________________________
James S. Schwab, Director

______________________________
Robert E. Sullivan, Director

______________________________
Craig Sieber, Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Greenscape Outdoor Services, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 17- (____) |

**STATEMENT OF CORPORATE OWNERSHIP**

The following is the list of all corporations that own 10% or more of any class of the above captioned Debtor's equity interests. The list is prepared in accordance with Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1(a) for filing in this chapter 7 case.

| Owner Name | % of Units Owned |
|---|---|
| Evergreen Holdings, LLC<br>1111 Brickell Ave., Suite 1300<br>Miami, FL 33131 | 100% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION**

I, Robert E. Sullivan, Chairman and CEO of Greenscape Outdoor Services, LLC, declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

Dated: April 17, 2017

Robert E. Sullivan
Chairman and CEO
Greenscape Outdoor Services, LLC

661172.1 04/17/2017

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION CONCERNING THE CREDITOR MATRIX**

Pursuant to 28 U.S.C. § 1746, I, Robert E. Sullivan, Chairman and CEO of Greenscape Outdoor Services, LLC, declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information, and belief.

Dated: April 17, 2017

Robert E. Sullivan
Chairman and CEO
Greenscape Outdoor Services, LLC

B2030 (Form 2030) (12/15)

**United States Bankruptcy Court**
**District of Delaware**

In re **Greenscape Outdoor Services, LLC** Debtor(s)

Case No. ____________

Chapter 7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 31,110.76[1] |
| Prior to the filing of this statement, I have received | $ 31,110.76 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:
   ■ Debtor ☐ Other (specify)

3. The source of the compensation paid to me is:
   ■ Debtor ☐ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules and statement of affairs;
   c. Representation of the debtor at the meeting of creditors.

   By agreement with the debtor(s), the above-disclosed fee does not include the following service: Any post-petition work beyond representation of the Debtor at the 341 meeting of creditors.

**CERTIFICATION**

I certify the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 4-27-2017

Monique B. DiSabatino (DE Bar No. 6027)
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6806 Fax: (215) 972-2297
mdisabatino@saul.com

---

1 *See also* Disclosure of Compensation of Attorney for Debtors Greenscape Outdoor Services, LLC and Greenscape Snow and Ice Management, LLC for amounts paid to Saul Ewing in connection with the preparation of bankruptcy filings for Evergreen Holdings, LLC, Greenscape Outdoor Services, LLC, Greenscape Storm Response Services, LLC, Greenscape Tree Services, LLC, Greenscape Landscape Contractors, LLC and Greenscape Snow and Ice Management, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Greenscape Outdoor Services, LLC | ) | Case No. 17-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, collectively with the Schedules, the "Schedules and Statements") filed herewith by the above captioned-debtor (the "Debtor") in the above-captioned case were prepared pursuant to section 521 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor and have not been subject to audit, review or any similar financial analysis. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, there can be no assurance as to their accuracy and completeness, and the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtor has used its best efforts to present the information set forth in the Schedules and Statements from its books and records maintained in the ordinary course of business. The Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1. Description of the Cases and "as of" Information Date. Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of the date upon which the Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code (the "Petition Date") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Basis of Presentation. Although, as noted above, the Debtor has used its best efforts to present accurate information, the amount of the Debtor's actual assets and liabilities could differ from the amounts set forth in the Schedules and Statements. In addition, some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined," or, with respect to certain assets, may be listed at book value. Given the differences between the information requested in

the Schedules and Statements and the presentation of the financial information under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

3. Summary of Significant Reporting Policies. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

(a) Accounts Receivable. Accounts Receivable generally are presented on a gross basis and, notwithstanding anything set forth in the Schedules and Statements to the contrary, are not net of any allowance for doubtful accounts, which are unknown.

(b) Causes of Action. Although the Debtor has attempted to list on Questions 74 and 75 of Schedule A/B, all claims of the Debtor, if any, certain claims may have been inadvertently omitted. The Debtor reserves all rights with respect to any such claims or causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(c) Executory Contracts. The Debtor has not listed executory contracts as assets in its Schedules and Statements; rather, the Debtor's executory contracts have been set forth in Schedule G. See Global Note 3(h), below, for additional notes regarding the Debtor's executory contracts.

(d) Interests in Subsidiaries. The Debtor's Schedule A/B sets forth its ownership interests, if any, in affiliates. The fair market value of such ownership interests is dependent upon numerous variables and factors and, accordingly, is neither known nor provided.

(e) Payments Made within 90 Days prior to the Petition Date and Payments to Insiders Within One Year of Petition Date. Payments made in the ordinary course of the Debtor's business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3.1. Payments made to certain professionals of the Debtor are listed in response to SOFA question 11 rather than SOFA question 3.1.

(f) Schedule D - Secured Claims. The Debtor has not included on Schedule D claims that may be secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties, if any, have been listed on Schedule F. The Debtor reserves the right to dispute or challenge the extent, validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Secured claim amounts have been listed on Schedule D without regard to the value of assets securing such claims. No attempt was made by the Debtor to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule

D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(g) Schedule E/F – Priority and Unsecured Claims. Although the Debtor may have scheduled claims of various creditors as priority claims, the Debtor reserves all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices. The dollar amounts listed may also be exclusive of contingent and unliquidated amounts. The Debtor expressly incorporates by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtor, as listed in the Debtor's Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

(h) Schedule G - Executory Contracts/Unexpired Leases. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the Debtor's executory agreements may not have been memorialized in writing and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which the Debtor is a party is not executory. Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtor's accounts payable. The Debtor has not listed on Schedule E/F landlords and executory contract counterparties which may have claims related to contract/lease rejection or other damages.

4. Exculpation. The Debtor and its agents, attorneys and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting,

reporting, communicating, or delivering the information contained herein. While every reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

5. Global Notes Control. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$0.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See attached schedule. | | $120,069.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See attached schedule. | | $71,041.31 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Harry Davidson v. Robert Sullivan/Crimstone Partners, et al.<br>MDJ-07-1-10 | Action to recover alleged debt | Magisterial District Court 07-1-10<br>9187 New Falls Road<br>Fallsington, PA 19054 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number (*if known*)

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Greenscape Outdoor Services, LLC v. Damerjian et al.<br>16-26396** | **Action based on, inter alia, breach of contract, breach of restrictive covenants, fraudulent misrepresentation and unjust enrichment.** | **Court of Common Pleas, Montgomery County<br>2 East Airy Street<br>Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Commonwealth of Pennsylvania v. Damerjian<br>CP-46-CR-0001166-2017** | **Criminal action based on, inter alia, theft of property. See attached.** | **Court of Common Pleas, Montgomery County<br>2 E. Airy Street<br>Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| **See attached.** | | | **Unknown** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See attached schedule.** | | | **$68,889.76** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3131 College Heights Blvd. Suites 2 & 4 Allentown, PA 18104** | **7/1/15-12/31/15** |
| 14.2. | **119 South Easton Road Glenside, PA 19038** | **6/1/15-10/26/15** |
| 14.3. | **115 E. Glenside Avenue, Suite 9 Glenside, PA 19038** | **11/1/15-1/29/17** |
| 14.4. | **3810 Edgemont St. Philadelphia, PA 19137** | **7/1/15-2/28/17** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(if known)* ____________

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | Greenscape Landscape Contractors, LLC<br>1777 S. Pennsylvania Ave.<br>Morrisville, PA 19067 | Landscaping Business | EIN: 47-4124825<br>From-To 3/9/2015-present |
| 25.2. | Greenscape Snow and Ice Management, LLC<br>1777 S. Pennsylvania Ave.<br>Morrisville, PA 19067 | Snow and ice removal business | EIN: 80-0971249<br>From-To 8/18/2015-present |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number (if known)

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.3. | Greenscape Tree Services, LLC<br>1777 S. Pennsylvania Ave.<br>Morrisville, PA 19067 | Tree maintenance business | EIN: 47-4133682<br>From-To 3/9/2015-present |
| 25.4. | Greenscape Storm Response Services, LLC<br>1777 S. Pennsylvania Ave.<br>Morrisville, PA 19067 | Storm response service business | EIN: 47-4108019<br>From-To 3/9/2015-present |

26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Pam Prior<br>Priorities Group, Inc.<br>525 Hearthstone Drive<br>Yardley, PA 19067 | 6/2015;<br>12/2016-4/2017 |
| 26a.2. | Lisa Rubenfeld<br>PO Box 83<br>Ringoes, NJ 08551 | 2/2017-3/2017 |
| 26a.3. | Blanca Carrasquillo<br>2151 N. 2nd Street<br>Philadelphia, PA 19122 | 6/2015-3/2017 |
| 26a.4. | St. Clair CPAs, P.C.<br>101 West Elm St., Suite 500<br>Conshohocken, PA 19428 | 6/2015-3/2017 |
| 26a.5. | Brian Schultz<br>115 Cedar Road<br>Ambler, PA 19022 | 12/2015-12/2016 |
| 26a.6. | Accounting Department.com<br>160 Windermere Ave.<br>Suite 3701<br>Ellington, CT 06029 | 6/2015-4/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Pam Prior<br>Priorities Group, Inc.<br>525 Hearthstone Drive<br>Yardley, PA 19067 | 6/2015;<br>12/2016-4/2017 |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | Brian Schultz<br>115 Cedar Road<br>Ambler, PA 19022 | 12/2015-12/2016 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **St. Clair CPAs, P.C.**<br>**101 West Elm St., Suite 500**<br>**Conshohocken, PA 19428** | **The Debtors' records are maintained online through Quickbooks, to which this firm has access.** |
| 26c.2. | **Priorities Group, Inc.**<br>**Attn: Pam Prior**<br>**525 Hearthstone Drive**<br>**Yardley, PA 19067** | **The Debtors' records are maintained online through Quickbooks, to which this firm has access.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Banyan Mezzanine Fund II, L.P., as Agent**<br>**1111 Brickell Ave., Suite 1300**<br>**Attn: Adam Kaplan, Representative**<br>**Miami, FL 33131** |
| 26d.2. | **Robert E. Sullivan**<br>**1560 Gentle Way**<br>**Prosper, TX 75078** |
| 26d.3. | **St. Clair CPAs, P.C.**<br>**101 West Elm St., Suite 500**<br>**Conshohocken, PA 19428** |
| 26d.4. | **Richard M. Starke**<br>**c/o Banyan Investment Partners**<br>**1111 Brickell Ave., Suite 1300**<br>**Miami, FL 33131** |
| 26d.5. | **Adam Kaplan**<br>**c/o Banyan Mezzanine Fund II, L.P.**<br>**111 Brickell Ave., Suite 1300**<br>**Miami, FL 33131** |
| 26d.6. | **Joe T. Hays**<br>**c/o Diamond State Ventures III, L.P.**<br>**200 River Market Ave., Suite 400**<br>**Little Rock, AR 72201** |
| 26d.7. | **Craig Sieber**<br>**417 Burd Street**<br>**Pennington, NJ 08534** |
| 26d.8. | **James S. Schwab**<br>**4122 Cedarbrush**<br>**Dallas, TX 75229** |
| 26d.9. | **Bondex Insurance Company**<br>**30A Vreeland Road, Suite 120**<br>**Florham Park, NJ 07932** |
| 26d.10. | **Arthur J. Gallagher**<br>**4000 Mid-Atlantic Drive, Suite 200**<br>**Mount Laurel, NJ 08054** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(if known)* ____________

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Evergreen Holdings, LLC | 1111 Brickell Ave., Suite 1300<br>Miami, FL 33131 | Shareholder | 100% |
| Robert E. Sullivan | 1560 Gentle Way<br>Prosper, TX 75078 | Chairman and CEO and Board Member | |
| James S. Schwab | 4122 Cedarbrush<br>Dallas, TX 75229 | Secretary and Board Member | |
| Richard M. Starke | c/o Banyan Investment Partners<br>1111 Brickell Ave., Suite 1300<br>Miami, FL 33131 | Treasurer and Board Member | |
| Adam Kaplan | c/o Banyan Mezzanine Fund II, L.P.<br>111 Brickell Ave., Suite 1300<br>Miami, FL 33131 | Board Member | |
| Joe T. Hays | c/o Diamond State Ventures III, L.P.<br>200 River Market Ave., Suite 400<br>Little Rock, AR 72201 | Board Member | |
| Craig Sieber | 417 Burd Street<br>Pennington, NJ 08534 | President and Board Member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Richard G. Whitson | 4418 Farm Drive<br>Allentown, PA 18104 | Board Member and President | June 2015-January 2017 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John A. Miller | c/o Banyan Investment Partners<br>1111 Brickell Ave., Suite 1300<br>Miami, FL 33131 | Board Member | June 2015-January 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See Question 4.1 and attached schedule. | $223,729.04 | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Evergreen Holdings, LLC | EIN: 35-2527816 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number (if known)

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/27/2017

Robert Sullivan
Signature of individual signing on behalf of the debtor

Robert E. Sullivan
Printed name

Position or relationship to debtor Chairman and CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Greenscape Outdoor Services, LLC**
SOFA Question 3.1
Payments to Creditors within 90 Days

| Creditor's Name and Address | Date | Amount | Reason for Payment or Transfer |
|---|---|---|---|
| **Arthur J. Gallagher Risk Management Services, Inc.**<br>P.O. Box 36464<br>Newark, NJ 07188-6464 | 4/24/2017 | 6,490.00 | D&O insurance policy obligations |
| **Citibank**<br>701 East 60th St N<br>Sioux Falls, SD 57104 | 4/20/2017 | 7,984.16 | Credit card obligations for operating expenses |
| **IPFS Corporation**<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | 4/24/2017 | 30,614.28 | D&O insurance policy obligations |
| **Liberty Mutual**<br>PO Box 9502<br>Dover NH 03821-9502 | 03/10/2017 | 22,969.52 | Workers' compensation obligations |
| **St. Clair CPAs, P.C.**<br>101 West Elm Street, Suite 500<br>Conshohocken, PA 19428 | 01/31/2017 | 10,000.00 | Tax preparation services (unrelated to bankruptcy) |
| **Trust for Public Land**<br>1501 Cherry Street<br>Philadelphia, PA 19102 | 03/21/2017 | 10,581.40 | Payment on Collazo Park settlement agreement |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 01/27/2017 | 11,523.20 | Fuel payments |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 02/28/2017 | 10,757.05 | Fuel payments |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 03/28/2017 | 9,149.88 | Fuel payments |
| | **Total:** | **120,069.49** | |

**Greenscape Outdoor Services, LLC**

SOFA Question 3.1

Payments to Creditors within 90 Days

| Creditor's Name and Address | Date | Amount | Reason for Payment or Transfer |
|---|---|---|---|
| **Liberty Mutual**<br>PO Box 9502<br>Dover NH 03821-9502 | 03/10/2017 | 22,969.52 | Workers' compensation obligations |
| **St. Clair CPAs, P.C.**<br>101 West Elm Street, Suite 500<br>Conshohocken, PA 19428 | 01/31/2017 | 10,000.00 | Tax preparation services (unrelated to bankruptcy) |
| **Trust for Public Land**<br>1501 Cherry Street<br>Philadelphia, PA 19102 | 03/21/2017 | 10,581.40 | Payment on Collazo Park settlement agreement |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 01/27/2017 | 11,523.20 | Fuel payments |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 02/28/2017 | 10,757.05 | Fuel payments |
| **Wex Fleet**<br>225 Gorham Road<br>South Portland, ME 04106 | 03/28/2017 | 9,149.88 | Fuel payments |
| | **Total:** | **74,981.05** | |

662434

**Greenscape Outdoor Services, LLC**

SOFA Question 4.1

Payments to Insiders within 1 Year Before the Petition Date

| Party's Name and Address | Date | Amount | Reason for Payment or Transfer |
|---|---|---|---|
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 03/03/2017 | 4,691.35 | Employee reimbursement for travel expenses, meals for laborers and office/project supplies. |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 03/24/2017 | 50,726.16 | Employee reimbursement for auto allowance, travel expenses, meals for laborers and office supplies related to various projects. |
| **Sheffield Financial**<br>PO Box 1704<br>Clemmons, NC 27012 | 3/1/2016-<br>4/1/2017 | 15,623.80 | Payments made in connection with equipment lease, which was personally guaranteed by Robert E. Sullivan, Chairman and CEO. |
| | **TOTAL:** | **71,041.31** | |

**Responses Questions 7 and 10 – Statement of Financial Affairs**

On January 17, 2017, the Commonwealth of Pennsylvania issued an arrest warrant against Robert Damerjian, a copy of which, along with certain related information, is attached hereto. As reflected in the arrest warrant, the Commonwealth has charged Mr. Damerjian with several counts of theft related to reports by Richard Whitson (former President of the Debtors) that Mr. Damerjian charged $2,921.34 on a Wex gas card owned by the Debtors without permission. In addition, Mr. Damerjian improperly deposited and retained a check directed to the Debtors from Intech Construction Company in the amount of $15,541.00. Upon information and belief, an arraignment was scheduled before in the Court of Common Pleas of Montgomery County, PA on April 12, 2017 but was waived by Mr. Damerjian. A pre-trial conference is scheduled for May, 19, 2017 at 9:00 a.m.

File Copy

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

# Arrest Warrant

| | |
|---|---|
| Mag. Dist. No. : | MDJ-38-1-03 |
| MDJ Name : | Honorable Christopher J. Cerski |
| Address : | 117 York Road, Suite 100A<br>Jenkintown, PA 19046 |
| Telephone : | 215-885-4796 |

Commonwealth of Pennsylvania
v.
ROBERT S. DAMERJIAN

| | | | |
|---|---|---|---|
| Complaint No: | 1623462 | Issued For: | ROBERT S. DAMERJIAN |
| Charging Officer: | Motta, Steven N. | Docket No: | MJ-38103-CR-0000013-2017 |
| Arresting Agency: | Cheltenham Township Police Dept | | |
| Case Filed: | 01/17/2017 | NCIC OFF: | |
| OTN: | T 882998-4 | OOC: | |
| Reason For Warrant: | Other (Arrest Warrant) | WARRANT ID: | DIS706184598 |
| Offense Date: | 10/13/2016 | Warrant Control No: | 38103-AW-0000003-2017 |
| Lead Offense: | 18 § 3924 Theft Property Lost Etc By Mistake | | |

**TO THE OFFICER: Steven N. Motta**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, ROBERT S. DAMERJIAN, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 17th day of January, 2017.

January 17, 2017
Date

Magisterial District Judge Christopher J. Cerski

MJ-38103-CR-0000013-2017 38103-AW-0000003-2017 ROBERT S. DAMERJIAN

**File Copy**

Commonwealth of Pennsylvania
v.
ROBERT S. DAMERJIAN

**Warrant Control No: 38103-AW-0000003-2017**
Docket No: MJ-38103-CR-0000013-2017
OTN: T 882998-4

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on ______________________, 20 ________

I took into custody the within named ______________________, and he/she is

☐ before you for disposition.

☐ In the ______________________ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

☐ After careful search, I cannot find the within named defendant.

| Officer Costs: | |
|---|---|
| Warrant | ________ |
| Miles @ | ________ |
| Commitments | ________ |
| Miles @ | ________ |
| Conveying to hearing | ________ |
| Miles @ | ________ |
| Total | |

______________________________
(Signature of Police Officer - Name and Title)

**File Copy**

Commonwealth of Pennsylvania
v.
ROBERT S. DAMERJIAN

**Warrant Control No: 38103-AW-0000003-2017**
Docket No: MJ-38103-CR-0000013-2017
OTN: T 882998-4

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number |
|---|---|---|---|
| | | | |

| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |
|---|---|---|---|---|---|---|---|---|
| 50 | White | Non Hispanic | Male | Brown | Brown | 12/09/1966 | 180 | 5' 08" |

**NCIC Extradition Code / Description:** Felony - Extradition Surrounding States Only
**Distance:**
**Comments:**

| Alias | Participant Local No |
|---|---|
| | |

**Prosecution**
Commonwealth of Pennsylvania

**Distinguishing Features/Special Considerations**

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | State | Expiration Date |
|---|---|---|
| D03506588212662 | NJ | |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| | | | | | | |

## DEFENDANT CONTACT INFORMATION

DEFENDANT ADDRESS

**Home (Case Address)**
733 Willow Grove Ave
Glenside, PA 19038

**Home**
201 SAINT ANTHONY DRIVE
MOORESTOWN, NJ 08057

File Copy

Commonwealth of Pennsylvania
v.
ROBERT S. DAMERJIAN

**Warrant Control No: 38103-AW-0000003-2017**
Docket No: MJ-38103-CR-0000013-2017
OTN: T 882998-4

**All Charge(s)**

| | |
|---|---|
| 18 § 3924 (Lead) | Theft Property Lost Etc By Mistake |
| 18 § 3921 §§ A | Theft By Unlaw Taking-Movable Prop |
| 18 § 3925 §§ A | Receiving Stolen Property |
| 18 § 4106 §§ A2 | Publ, Make, See, Etc Access Device Altered, Etc |
| 18 § 4106 §§ A1IV | Other Reason Access Device Is Unauth By Issuer |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

Magisterial District Number: 38-1-03

MDJ: Hon. CHRISTOPHER CERSKI

Address: 117 YORK RD, SUITE A, JENKINTOWN PA 19046

Telephone: (215) 885-4796

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**

DEFENDANT: *(NAME and ADDRESS):*

| First Name | Middle Name | Last Name | Gen |
|---|---|---|---|
| ROBERT | S | DAMERJIAN | |

733 WILLOW GROVE AVE
GLENSIDE PA 19038

NCIC Extradition Code Type

- ☐ 1-Felony Full
- ☐ 2-Felony Ltd.
- ☒ 3-Felony Surrounding States
- ☐ 4-Felony No Ext
- ☐ 5-Felony Pend.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ Distance:

DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | SID: | Request Lab Services? |
|---|---|---|---|---|---|
| CR 13-17 | 1/17/17 | T882998-4 | 16-23462 | | ☐ YES ☐ NO |

GENDER: ☒ Male ☐ Female

DOB: 12/09/1966 | POB: PHILADELPHIA | Add'l DOB: | Co-Defendant(s) ☐

AKA: First Name / Middle Name / Last Name / Gen.

RACE: ☒ White ☐ Asian ☐ Black ☐ Native American ☐ Unknown

ETHNICITY: ☐ Hispanic ☒ Non-Hispanic ☐ Unknown

HAIR COLOR: ☐ GRY (Gray) ☐ RED (Red/Aubn.) ☐ SDY (Sandy) ☐ BLU (Blue) ☐ PLE (Purple) ☒ BRO (Brown) ☐ BLK (Black) ☐ ONG (Orange) ☐ WHI (White) ☐ XXX (Unk/Bald) ☐ GRN (Green) ☐ PNK (Pink) ☐ BLN (Blonde / Strawberry)

EYE COLOR: ☐ BLK (Black) ☐ BLU (Blue) ☒ BRO (Brown ☐ GRN (Green) ☐ GRY (Gray) ☐ HAZ (Hazel) ☐ MAR (Maroon) ☐ PNK (Pink) ☐ MUL (Multicolored) ☐ XXX (Unknown)

Driver License: State NJ | License Number D03506588212662 | Expires:

WEIGHT (Lbs): 180

DNA: ☐ YES ☐ NO | DNA Location

FBI Number | MNU Number

HEIGHT: Ft. 5 In. 8

Defendant Fingerprinted: ☐ YES ☐ NO

Fingerprint Classification:

DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| | | ☐ | | ☐ | ☐ | | ☐ |

| VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| | | | | | |

Office of the attorney for the Commonwealth ☐ Approved ☐ Disapproved Because: ____________

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth Prior to filing. See Pa.R.Crim.P. 507).

(Name of the attorney for the Commonwealth) (Signature of the attorney for the Commonwealth) (Date)

I, DET STEVEN MOTTA (Name of the Affiant) — 27468 980 (PSP/MPOETC -Assigned Affiant ID Number and Badge #)

of Cheltenham Twp. Police Dept (Identify Department or Agency Represented and Political Subdivision) — PA0460500 (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as ____________
   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 102 ] (Subdivision Code) CHELTENHAM TWP. (Place-Political Subdivision)

115 E. GLENSIDE AVE. SUITE9 GLENSIDE PA 19038

in MONTGOMERY County [ 46 ] (County Code) on or about 10/13 /2016 TO 12/14/2016



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number 16-23462 |
|---|---|---|---|---|
| Defendant Name | First: ROBERT | | Middle: S | Last: DAMERJIAN |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _____ through _____ .

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealthof Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.

**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

JAN. 17, 2017 (Date) [signature] 980 (Signature of Affiant)

AND NOW, on this date 17 JAN 17 I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

38-1-03 (Magisterial District Court Number)

[signature] (Issuing Authority)

SEAL

 # POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number 16-23462 |
|---|---|---|---|---|
| Defendant Name | First: ROBERT | Middle: S | Last: DAMERJIAN | |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

**(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 3924 | | of the | PA Crimes Code | 1 | F3 | | 06 23A |

| PennDOT Data (if Applicable) | Accident Number | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
THEFT OF PROPERTY LOST

Acts of the accused associated with this Offense:
**PACC 3924 Theft of Property Lost, Mislaid or Delivered by Mistake**

**IN THAT, on or about said date, THE DEFENDANT did come into control of property, namely, a check in the amount of $15,541 from Intech Construction, belonging to Greenscape, which said DEFENDANT knew to have been delivered by mistake as to the identity of the recipient and, with the intent to deprive the owner thereof, said actor did fail to take reasonable measures to restore the property to a person entitled to have it, in violation of Section 3924 of the PA Crimes Code. (18 P.S. 3924)**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 3921 | (a) | of the | PA Crimes Code | 1 | F3 | | 06 23A |

| PennDOT Data (if Applicable) | Accident Number | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
THEFT BY UNLAW/TAK-MOVABL

Acts of the accused associated with this Offense:
**PACC 3921(a) Theft by Unlawful Taking or Disposition**

**IN THAT, on or about said date, THE DEFENDANT did unlawfully take or exercise unlawful control over movable property, namely, a WEX gas card, belonging to Greenscape, with the intent to deprive the owner thereof, in violation of Section 3921(a) of the PA Crimes Code.**

 # POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number 16-23462 |
|---|---|---|---|
| Defendant Name | First: ROBERT | Middle: S | Last: DAMERJIAN |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

**(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 3925 | (a) | | PA Crimes Code | 1 | F3 | | 130 280 |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
RECEIVING STOLEN PROPERTY

Acts of the accused associated with this Offense:
**PACC 3925(a) Receiving Stolen Property**

**IN THAT, on or about said date, THE DEFENDANT did intentionally receive, retain or dispose of movable property, namely, a check and gas card valued over $18,000, belonging to Greenscape, with no intent to restore it to the owner, knowing that such property was stolen, or believing that it had probably been stolen, in violation of Section 3925(a) of the PA Crimes Code.**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 4 | 4106 | (a)(2) | | PA CRIMES CODE | 1 | F3 | | 11 |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
ACCESS DEVICE FRAUD

Acts of the accused associated with this Offense:
**4106 (a)(2) ACCESS DEVICE FRAUD**

**A person commits an offense if he: publishes, makes, sells, gives, or otherwise transfers to another,or offers or advertises, or aids or abets any other person to use an access device knowing that the access device is counterfeit, altered or incomplete, belongs to another person who has not authorized its use, has been revoked or cancelled or for any reason is unauthorized by the issuer or the device holder**

 # POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| | | | 16-23462 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | ROBERT | S | DAMERJIAN |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5 | 4106 | (a)(1)(iv) | | PA Crimes Code | 1 | F3 | | 11 26B |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):

ACCESS DEVICE FRAUD

Acts of the accused associated with this Offense:

**PACC 4106(a)(1)(iv) Access Device Fraud**

**On or about said date, THE DEFENDANT did use an access device for the purpose of obtaining property or services, namely, Fuel purchases in the amount of $2921.34, with the knowledge that the access device was unauthorized by Greenscape, in violation of Section 4106(a)(l)(iv) of the PA CRIMES Code. (18 P.S. 4106(a)(1)(iv) - grading)**

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number 16-23462 |
|---|---|---|---|
| Defendant Name | First: ROBERT | Middle: S | Last: DAMERJIAN |

# AFFIDAVIT OF PROBABLE CAUSE

Based on my investigation I allege that the defendant, Robert Damerjian, committed the above violations of the Pennsylvania Crimes Code, Title 18, within the jurisdiction of this court.

On Friday November 18, 2016 Richard Whitson, a representative of Greenscape Landscaping and Storm Response Services also known as Greenscape Outdoor Services, filed a complaint with Cheltenham Township Police regarding unauthorized use of a WEX gas card owned by Greenscape.

Mr. Whitson informed me that the gas charges totaling $2921.34 were spent between October 13, 2016 and November 04, 2016. The WEX card that was used for the unauthorized charges was from a former employee and former company owner Robert Damerjian, whom had been terminated from the company on August 1, 2016.

Mr. Whitson told me that the Greenscape Company and it's subsidiaries were purchased from Robert Damerjian and that Robert Damerjian was kept on as an employee during the transition but was terminated from the company, however the gas card using PIN 6467 was not returned to Greenscape.

On December 19, 2016 I was contact again by Mr. Whitson and he told me that they had discovered that a check that they were expecting from a customer, in the amount of $15,541.00 was sent to Robert Damerjian by mistake. The check was later deposited into an account owned by Robert Damerjian. Mr. Whitson informed me that Robert Damerjian did not make any attempt to return the money after repeated request for it to be returned.

On January 5, 2017 I was able to speak with Robert Damerjian at my office. Robert Damerjian told me that he did use the WEX gas card and gave it to one of his employee's, Sean Pernestti, to fuel work trucks owned by Robert Damerjian. Robert Damerjian furthermore claimed he was permitted to use the card.

I asked Robert Damerjian if he cashed the check in the amount of $15,541 that was made out to Greenscape, and if he had permission to cash it. Robert Damerjian told me that he did deposit the check into his account and he told me he did not need any specific permission to cash it. Robert Damerjian told me that he had filed a claim against the people that bought his company and that the money was owed to him.

On January 6, 2017 I was provided documents showing efforts by the Greenscape company to get the $15,541 check or funds returned to them from Robert Damerjian. Among the documents was a letter dated

**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number 16-23462 |
| --- | --- | --- | --- | --- |
| Defendant Name | First: ROBERT | Middle: S | | Last: DAMERJIAN |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

September 22, 2016, that stated Robert Damerjian was going to be terminated retroactive to August 1, 2016, and requesting the return of the gas card and other property. Regardless of the date of termination, the charges to the WEX card made by or permitted by Robert Damerjian in October and November of 2016 were not authorized by Greenscape.

Based on the above facts I respectfully request that an arrest warrant be issued for Robert Damerjian.

I, DET STEVEN MOTTA, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Det. [signature] 980
(Signature of Affiant)

Sworn to me and subscribed before me this 17 day of JAN, 17.

17 JAN 17 Date [signature], Magisterial District Judge

My commission expires first Monday of January, 2018

SEAL

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

## DOCKET

**Docket Number: CP-46-CR-0001166-2017**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Robert S. Damerjian

## CASE INFORMATION

Judge Assigned: O'Neill, Steven T.
Date Filed: 02/27/2017
Initiation Date: 01/17/2017
OTN: T 882998-4
LOTN:
Originating Docket No: MJ-38103-CR-0000013-2017
Initial Issuing Authority: Cathleen Kelly Rebar
Final Issuing Authority: Christopher Cerski
Arresting Agency: Cheltenham Twp Police Dept
Arresting Officer: Motta, Steven N.
Complaint/Incident #: 1623462

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Booking Center Location Code | CH |

## STATUS INFORMATION

Case Status: Active

Complaint Date: 01/17/2017

| Status Date | Processing Status |
|---|---|
| 04/10/2017 | Awaiting Pre-Trial Conference |
| 02/27/2017 | Awaiting Formal Arraignment |
| 02/27/2017 | Awaiting Formal Arraignment |
| 02/27/2017 | Awaiting Filing of Information |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/12/2017 | 9:30 am | Video Room #1 | | Scheduled |
| Pre-Trial Conference | 05/19/2017 | 9:00 am | Courtroom 5 | Judge Steven T. O'Neill | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth: 12/09/1966
City/State/Zip: Glenside, PA 19038

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Damerjian, Robert S. |

## BAIL INFORMATION

**Damerjian, Robert S.**

**Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 02/08/2017 | Unsecured | | $20,000.00 | Posted | 02/08/2017 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | **18 § 3924** | Theft Property Lost Etc By Mistake | 10/13/2016 | T 882998-4 |
| 2 | 2 | F3 | **18 § 3921 §§A** | Theft By Unlaw Taking-Movable Prop | 10/13/2016 | T 882998-4 |
| 3 | 3 | F3 | **18 § 3925 §§A** | Receiving Stolen Property | 10/13/2016 | T 882998-4 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

## DOCKET

**Docket Number: CP-46-CR-0001166-2017**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Robert S. Damerjian

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 4 | 4 | F3 | **18 § 4106 §§A2** | Publ, Make, See, Etc Access Device Altered, Etc | 10/13/2016 | T 882998-4 |
| 5 | 5 | F3 | **18 § 4106 §§A1IV** | Other Reason Access Device Is Unauth By Issuer | 10/13/2016 | T 882998-4 |

## DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event — Disposition Date — Final Disposition
Sequence/Description — Offense Disposition — Grade — Section
Sentencing Judge — Sentence Date — Credit For Time Served
Sentence/Diversion Program Type — Incarceration/Diversionary Period — Start Date
Sentence Conditions

**Held for Court (Lower Court)** Defendant Was Present

| | | | |
|---|---|---|---|
| Lower Court Disposition | 02/21/2017 | Not Final | |
| 1 / Theft Property Lost Etc By Mistake | Held for Court (Lower Court) | F3 | 18 § 3924 |
| 2 / Theft By Unlaw Taking-Movable Prop | Held for Court (Lower Court) | F3 | 18 § 3921 §§ A |
| 3 / Receiving Stolen Property | Held for Court (Lower Court) | F3 | 18 § 3925 §§ A |
| 4 / Publ, Make, See, Etc Access Device Altered, Etc | Held for Court (Lower Court) | F3 | 18 § 4106 §§ A2 |
| 5 / Other Reason Access Device Is Unauth By Issuer | Held for Court (Lower Court) | F3 | 18 § 4106 §§ A1IV |

## COMMONWEALTH INFORMATION

Name: Christopher Evan Daniels
District Attorney
Supreme Court No: 310193
Phone Number(s):
610-278-3090 (Phone)
Address:
Montgomery CO Da's Office
PO Box 311
Norristown, PA 19404-0311

Name: District Attorney's Office
Prosecutor
Supreme Court No:
Phone Number(s):
610-278-3090 (Phone)
Address:
Montgomery County Courthouse
PO Box 311
Norristown, PA 19404

## ATTORNEY INFORMATION

Name: Andrew D. Kessler
Private
Supreme Court No: 059713
Rep. Status: Active
Phone Number(s):
215-935-1151 (Phone)
Address:
101 Greenwood Ave Ste 400
Jenkintown, PA 19046-2603

Representing: Damerjian, Robert S.

## ENTRIES

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

## DOCKET

Docket Number: CP-46-CR-0001166-2017

**CRIMINAL DOCKET**

Court Case

Commonwealth of Pennsylvania
v.
Robert S. Damerjian

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/08/2017 | | Damerjian, Robert S. |
| Bail Posted - Damerjian, Robert S. | | | |
| 2 | 02/08/2017 | | Rebar, Cathleen Kelly |
| Bail Set - Damerjian, Robert S. | | | |
| 1 | 02/27/2017 | | Court of Common Pleas - Montgomery County |
| Original Papers Received from Lower Court | | | |
| 2 | 02/27/2017 | | MDJ-38-1-03 |
| Formal Arraignment Scheduled 04/12/2017 9:30AM<br>April 12, 2017, service on 2/21/17 | | | |
| Damerjian, Robert S.<br>02/21/2017 | Hand Delivered | | |
| 1 | 04/10/2017 | 04/10/2017 | Kessler, Andrew D. |
| Entry of Appearance/Arraignment Waived | | | |
| 1 | 04/20/2017 | | Montgomery County Court Administration |
| Pre-Trial Conference Scheduled 05/19/2017 9:00AM<br>lfa 4-12-17 | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**Greenscape Outdoor Services, LLC**
SOFA Question 11
Payments Related to Bankruptcy

| Professional's Name and Address | Date | Amount | Description |
|---|---|---|---|
| **Priorities Group, Inc.**<br>525 Hearthstone Drive<br>Yardley, PA 19067 | Various payments 1/2017-4/2017 | 21,779.00 | Accounting Services |
| **St. Clair CPAs, P.C.**<br>101 West Elm Street, Suite 500<br>Conshohocken, PA 19428 | 1/31/2017 | 10,000.00 | Tax Services |
| **St. Clair CPAs, P.C.**<br>101 West Elm Street, Suite 500<br>Conshohocken, PA 19428 | 3/16/2017 | 6,000.00 | Tax Services |
| **Saul Ewing LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | 3/10/2017 | 15,000.00 | Legal Services |
| **Saul Ewing LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | 4/27/2017 | 16,110.76 | Legal Services |
| | **TOTAL:** | **68,889.76** | |

**Greenscape Outdoor Services, LLC**

SOFA Question 30

Other Payments to Insiders within 1 Year Before the Petition Date

| Party's Name and Address | Date | Amount* | Reason for Payment or Transfer |
|---|---|---|---|
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 2/3/2017 | $ 6,730.77 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 2/17/2017 | $ 6,730.77 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 3/3/2017 | $ 13,000.00 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 3/16/2017 | $ 13,000.00 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 3/16/2017 | $ 6,500.00 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 3/20/2017 | $ 6,500.00 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 3/31/2017 | $ 13,000.00 | Payroll obligation |
| **Craig Sieber**<br>417 Burd Street<br>Pennington, NJ 08534 | 4/19/2017 | $ 3,477.50 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 1/6/2017 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 1/20/2017 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 2/3/2017 | $ 6,730.00 | Payroll obligation |

**Greenscape Outdoor Services, LLC**

SOFA Question 30

Other Payments to Insiders within 1 Year Before the Petition Date

| Party's Name and Address | Date | Amount* | Reason for Payment or Transfer |
|---|---|---|---|
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 3/3/2017 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 3/3/2017 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 3/3/2017 | $ (6,730.00) | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 3/3/2017 | $ (6,730.00) | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 12/23/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 12/9/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 11/25/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 11/16/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 10/28/2016 | $ 20,190.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 9/16/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 9/2/2016 | $ 6,730.00 | Payroll obligation |

**Greenscape Outdoor Services, LLC**

SOFA Question 30

Other Payments to Insiders within 1 Year Before the Petition Date

| Party's Name and Address | Date | Amount* | Reason for Payment or Transfer |
|---|---|---|---|
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 8/29/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 8/29/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 8/29/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 8/19/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 7/8/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 7/1/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 6/10/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 5/27/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 4/29/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 4/15/2016 | $ 6,730.00 | Payroll obligation |
| **Richard Whitson**<br>4418 Farm Drive<br>Allentown, PA 18104 | 4/4/2016 | $ 6,730.00 | Payroll obligation |
| | **TOTAL:** | **$ 223,729.04** | |
| | | | |

662434

**Greenscape Outdoor Services, LLC**

SOFA Question 30

Other Payments to Insiders within 1 Year Before the Petition Date

| Party's Name and Address | Date | Amount* | Reason for Payment or Transfer |
|---|---|---|---|
| *The amounts set forth below reflect gross compensation payments, and do not reflect deductions for, *inter alia*, federal and state taxes. | | | |

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/27/2017 X Robert Sullivan

Signature of individual signing on behalf of debtor

**Robert E. Sullivan**
Printed name

**Chairman and CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | 3,782,003.79 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | 3,782,003.79 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | 9,675,526.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 1,017,872.34 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 10,693,398.34 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, N.A. | Checking | 5661 | $4,348.79 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — **$4,348.79**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. $500 (Trexler Medical Arts Building - Rental Deposit)
$1,500 (Revere Suburban Realty - Rental Deposit)
$1,245 (PECO - Utility Deposit) — $3,245.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. $494,709 - Prepaid Insurance paid by IPFS on behalf of Debtor;

$4,701 - Prepayment on Key Man insurance policy on behalf of Richard Whitson (former President) — $499,410.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC
Name

Case number *(If known)*

9. **Total of Part 2.** **$502,655.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | Greenscape Storm Response Services, LLC | 100% % | | Unknown |
| 15.2. | Greenscape Tree Services, LLC | 100% % | | Unknown |
| 15.3. | Greenscape Landscape Contractors, LLC | 100% % | | Unknown |
| 15.4. | Greenscape Snow and Ice Management, LLC | 100% % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

17. **Total of Part 4.** **$0.00**
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(If known)*
Name

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks (4)**<br>**Computers (3)** | **Unknown** | | **Unknown** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **1777 S. Pennsylvania Ave. Morrisville, PA 19067** | **Leasehold interest** | **Unknown** | | **Unknown** |
| 55.2. | **115 E. Glenside Ave., Suite 9 Glenside, PA 19038 (Administrative Office)** | **Leasehold interest - Surrendered** | **Unknown** | | **Unknown** |
| 55.3. | **3810 Edgemont Street Philadelphia, PA 19134** | **Leasehold interest - Surrendered** | **Unknown** | | **Unknown** |

56. **Total of Part 9.** **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>**Goodwill** | **Unknown** | | **$3,275,000.00** |

66. **Total of Part 10.** **$3,275,000.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(If known)* ______
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**See attached schedule.** — **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Greenscape Outdoor Services, LLC v. Damerjian, et al., Case No. 16-26396, Court of Common Pleas, Montgomery County, PA** — **Unknown**

| | |
|---|---|
| **Nature of claim** | **Action based on, inter alia, breach of contract and fraudulent misrepresentation** |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Greenscape Outdoor Services, LLC** Case number *(If known)*
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,348.79 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $502,655.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,275,000.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,782,003.79 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,782,003.79 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Greenscape Outdoor Services, LLC**
Schedule A/B
Insurance Policies

| Type of Coverage* | Writing Company | Carrier | Policy Number | Policy Period |
|---|---|---|---|---|
| Property | Great Northern Insurance Company | Chubb Group of Insurance Companies | 3602-66-18 | 6/19/16-6/19/17 |
| Property | Wesco Insurance Company | Chubb Group of Insurance Companies | 6704047 | 6/19/16-6/19/17 |
| General Liability | Wesco Insurance Company | NIP Group Inc. | WPP138197002 | 6/19/16-6/19/17 |
| Auto | Wesco Insurance Company | NIP Group Inc. | WPP138197002 | 6/19/16-6/19/17 |
| D&O | Federal Insurance Company | NIP Group Inc. | 8242-9244 | 8/19/16-6/19/17 |
| | | | | |

*In addition to Greenscape Outdoor Services, LLC, Debtors Evergreen Holdings, LLC, Greenscape Storm Response Services, LLC, Greenscape Tree Services, LLC, Greenscape Landscape Contractors, LLC and Greenscape Snow and Ice Management, LLC are covered by the policies listed above.

**Fill in this information to identify the case:**

Debtor name: Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.1** Banyan Mezzanine Fund II, L.P., as Agent

Creditor's Name

1111 Brickell Ave., Suite 1300
Attn: Adam Kaplan, Representative
Miami, FL 33131

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

6/19/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

see attached.

**Describe debtor's property that is subject to a lien**

Substantially all assets

Column A: $9,675,526.00 — Column B: $0.00

**Describe the lien**

Blanket Lien

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.2** Bondex Insurance Company

Creditor's Name

30A Vreeland Road, Suite 120
Florham Park, NJ 07932

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

2/9/2016

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

Lien on property related to bonded contracts

Column A: $0.00 — Column B: $0.00

**Describe the lien**

General Agreement of Indemnity

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC
Name

Case number (if know)

**Do multiple creditors have an interest in the same property?**

■ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$9,675,526.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Aaron Allred, Esq.<br>Allred Wilcox & Hartley PLLC<br>1022 E. 15th Street<br>Plano, TX 75074 | Line 2.1 | |
| Diamond State Ventures III, L.P.<br>200 River Market Ave., Suite 400<br>Attn: Joe T. Hays, Managing Director<br>Little Rock, AR 77201 | Line 2.1 | |
| Douglas L. O'Keefe, Esq.<br>6831 NW 20th Ave., Suite 100<br>Fort Lauderdale, FL 33309 | Line 2.1 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Attachment to Schedule D**

Question 2.1:
Upon information and belief, Bondex Insurance Company ("Bondex") may have an interest in certain property that is subject to a lien held by Banyan Mezzanine Fund II, L.P., as Agent ("Banyan"). The relative priority of the parties' respective liens is unknown, although the Debtor notes that lien searches indicate that Bondex filed a financing statement against the Debtor, in the Commonwealth of Pennsylvania, on April 27, 2016, and that Banyan filed a financing statement against the Debtor, in the State of Delaware, on June 7, 2016.

Question 2.2:
Upon information and belief, Banyan Mezzanine Fund II, L.P., as Agent ("Banyan") may have an interest in certain property that also is subject to a lien held by Bondex Insurance Company ("Bondex"). The relative priority of the parties' respective liens is unknown, although the Debtor notes that lien searches indicate that Bondex filed a financing statement, in the Commonwealth of Pennsylvania, on April 27, 2016, and that Banyan filed a financing statement against the Debtor, in the State of Delaware, on June 7, 2016.

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

**See attached schedule.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$1,017,872.34**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

### Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,017,872.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,017,872.34 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 27157 Best Case Bankruptcy

**Greenscape Outdoor Services, LLC**
Schedule E/F
Nonpriority Unsecured Claims

| Creditor's Name and Address | Total | C, U, D | Basis for the Claim |
|---|---|---|---|
| **ADP Screening & Selection Services**<br>P. O. Box 645177<br>Cincinnati, OH 45264-5177 | 14.00 | | Trade |
| **Allred Wilcox & Hartley PLLC**<br>1022 East 15th Street<br>Plano, TX 75075 | 270.00 | | Legal |
| **ARC**<br>1510 Chester Pike, Suite 120<br>Eddystone, PA 19022 | 183.17 | | Trade |
| **Arthur J. Gallagher & Co.**<br>P. O. Box 36464<br>Newark, NJ 07188-6464 | 6,848.70 | | Insurance |
| **Aspite, Maria**<br>8998 Pine Street<br>Philadelphia, PA 19115 | 8,071.45 | | Rent |
| **AT&T Mobility**<br>P. O. Box 6463<br>Carol Stream, IL 60197-6463 | 1,465.85 | | Internet |
| **Berkley Risk Adminstrators LLC**<br>222 S. 9th Street #2700<br>Minneapolis, MN 55402 | 1,229.00 | | Insurance |
| **Bob Holu, LLC**<br>1801 S. 2nd Street Pike<br>Richboro, PA 18954 | 28,200.00 | | Rent |
| **Brandywine CAD Designs, Inc.**<br>3204 Concord Pike<br>Wilmington, DE 19803 | 42.80 | | Trade |
| **Capital Services**<br>206 E. 9th Street, Suite 1300<br>Austin, TX 78767 | 486.67 | | Registration |
| **Carmax Auto Finance**<br>P. O. Box 440609<br>Kennesaw, GA 30160 | 331.12 | | Trade |
| **Comcast 1196**<br>P. O. Box 3001<br>Southeastern, PA 19398-3001 | 689.82 | | Internet |
| **Comcast 8951**<br>P. O. Box 3001<br>Southeastern, PA 19398-3001 | 353.89 | | Internet |
| **CrimStone Partners, Inc.**<br>4901 LBJ Freeway, Suite 101<br>Dallas, TX 75244 | 115,780.54 | | Management Services |

**Greenscape Outdoor Services, LLC**
Schedule E/F
Nonpriority Unsecured Claims

| Creditor's Name and Address | Total | C, U, D | Basis for the Claim |
|---|---|---|---|
| **Damerjian, Robert**<br>733 Willow Grove Road<br>Glenside, PA 19038 | Unknown | C, U, D | Counterclaims in pending litigation |
| **Damerjian, Robert**<br>733 Willow Grove Road<br>Glenside, PA 19038 | Unknown | C, U, D | Indemnification Obligations in Bonding Agreement |
| **Damerjian, Robert**<br>733 Willow Grove Road<br>Glenside, PA 19038 | 7,800.00 | Disputed | Trade |
| **Fed Ex**<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | 63.06 | | Trade |
| **Gallagher & McIntyre**<br>4000 Mid-Atlantic Drive, Suite 200<br>Mt. Laurel, NJ 08054 | 2,331.39 | | Insurance |
| **JK Consultants**<br>160 Station Way, Suite #102<br>Arroyo Grande, CA 93421 | 47,750.00 | | Trade |
| **Leonard, Sciolla, Hutchinson LLP**<br>Two Penn Center, Suite 1910<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102-1724 | 150.00 | | Legal |
| **Liberty Mutual**<br>P. O. Box 9502<br>Dover, NH 03821-9502 | 36,685.33 | | Insurance |
| **MCI**<br>P. O. Box 4830<br>Trenton, NJ 08650-4830 | 12.21 | | Internet |
| **Paracorp**<br>P. O. Box 160568<br>Sacramento, CA 95816-0568 | 169.00 | | Trade |
| **PA State Worker's Insurance Fund**<br>Department of Labor and Industry<br>100 Lackawanna Ave.<br>PO Box 5100<br>Scranton, PA 18505-5100 | 266,318.00 | | Insurance audit |
| **Peco**<br>P. O. Box 37629<br>Philadelphia, PA 19101-0629 | 678.78 | | Trade |

**Greenscape Outdoor Services, LLC**
Schedule E/F
Nonpriority Unsecured Claims

| Creditor's Name and Address | Total | C, U, D | Basis for the Claim |
|---|---|---|---|
| **Predictive Synergistic Systems**<br>8050 Rowan Road, Suite 602<br>Cranberry Twp., PA 16066 | 14,700.00 | | Trade |
| **RCN Business**<br>P. O. Box 11816<br>Newark, NJ 07101-8116 | 22.61 | | Internet |
| **Revere Suburban Realty**<br>2010 County Line Road<br>Huntingdon Valley, PA 19006 | 3,040.00 | | Rent |
| **Robert Half Management Resources**<br>12400 Collections Center Drive<br>Chicago, IL 60693 | 9,354.00 | | Trade |
| **Saul Ewing, LLP**<br>Centre Square West<br>1500 Market Street, 38th Fl.<br>Philadelphia, PA 19102 | 115,000.00 | | Legal services |
| **Sheffield Financial**<br>PO Box 1704<br>Clemmons, NC 27012 | 15,657.88 | | Equipment lease |
| **State of Delaware**<br>Division of Revenue<br>Carvel State Office Building, 8th Floor<br>820 N. French Street<br>Wilmington, DE 19801 | 75.00 | | Business registration fee |
| **Sullivan, Robert and Angela**<br>1560 Gentle Way<br>Prosper, TX 75078 | 277,176.78 | | Trade |
| **St. Clair CPAs, P.C.**<br>101 West Elm Street, Suite 500<br>Conshohocken, PA 19428 | 28,700.00 | | Accounting |

**Greenscape Outdoor Services, LLC**

Schedule E/F

Nonpriority Unsecured Claims

| Creditor's Name and Address | Total | C, U, D | Basis for the Claim |
|---|---|---|---|
| **The Law Firm of Richard M. Baron**<br>30 Wall Street, 8th Floor<br>New York, NY 10005 | 11,248.82 | | Legal |
| **United Concordia Life & Health PA**<br>P. O. Box 827399<br>Philadelphia, PA 19182-7399 | 659.04 | | Insurance |
| **United Healthcare**<br>P. O. Box 88106<br>Chicago, IL 60680-1106 | 15,612.25 | | Insurance |
| **Verizon Wireless**<br>P. O. Box 15124<br>Albany, NY 12212-5124 | 191.18 | | Internet |
| **Wick Phillips Gould & Martin LLP**<br>3131 McKinney Avenue, Suite 100<br>Dallas, TX 75204 | 510.00 | | Legal |
| **TOTAL:** | **1,017,872.34** | | |

662434

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease** | |
| State the term remaining | | **Aspite, Geronimo and Maria**<br>**8998 Pine Road**<br>**Philadelphia, PA 19115** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Real property lease** | |
| State the term remaining | | **BobHolu, LLC**<br>**1801 2nd Street Pike**<br>**Richboro, PA 18954** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement dated June 19, 2015** | |
| State the term remaining | | **Bruce Sussman**<br>**23 Pikes Way**<br>**Cheltenham, PA 19012** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement dated June 19, 2015** | |
| State the term remaining | | **Greenscape Landscape Contractors, Inc.**<br>**Attn: Robert Damerjian**<br>**201 St. Anthony's Drive**<br>**Moorestown, NJ 08057** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greenscape Outdoor Services, LLC Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease, dated June 19, 2015** | |
| | State the term remaining | | **Greenscape Landscape Contractors, Inc.<br>Attn: Robert Damerjian<br>201 St. Anthony's Drive<br>Moorestown, NJ 08057** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Seller Subcontract Agreement dated June 19, 2015** | |
| | State the term remaining | | **Greenscape Landscape Contractors, Inc.<br>119 South Easton Road<br>Glenside, PA 19038** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Revere Suburban Realty Corporation<br>2010 County Line Road<br>Huntingdon Valley, PA 19006** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement dated June 19, 2015** | |
| | State the term remaining | | **Robert Damerjian<br>733 Willow Grove Ave.<br>Glenside, PA 19038** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Employment Agreement, Confidentiality and Non-Compete Agreement, dated June 19, 2015** | |
| | State the term remaining | | **Robert Damerjian<br>733 Willow Grove Ave.<br>Glenside, PA 19038** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Agreement, dated June 19, 2015** | **Robert Damerjian<br>733 Willow Grove Ave.<br>Glenside, PA 19038** |
| | State the term remaining | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Greenscape Outdoor Services, LLC** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Seller Subcontract Agreement dated June 19, 2015** | **Sabia Landscaping, Inc.**<br>**4619 County Line Road**<br>**Line Lexington, PA 18932** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Greenscape Outdoor Services, LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Evergreen Holdings, LLC** | **1111 Brickell Ave., Suite 1300 Miami, FL 33131** | **Banyan Mezzanine Fund II, L.P., as Agent** | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | **Greenscape Landscape Contractors, LLC** | **1777 S. Pennsylvania Ave. Morrisville, PA 19067** | **Banyan Mezzanine Fund II, L.P., as Agent** | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | **Greenscape Landscape Contractors, LLC** | **1777 S. Pennsylvania Ave. Morrisville, PA 19067** | **Bondex Insurance Company** | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.4 | **Greenscape Snow and Ice Management, LLC** | **1777 S. Pennsylvania Ave. Morrisville, PA 19067** | **Banyan Mezzanine Fund II, L.P., as Agent** | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.5 | **Greenscape Snow and Ice Management, LLC** | **1777 S. Pennsylvania Ave. Morrisville, PA 19067** | **Bondex Insurance Company** | ■ D 2.2<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Greenscape Outdoor Services, LLC Case number *(if known)* ______________

## Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| 2.6 | Greenscape Storm Response Services, LLC | 1777 S. Pennsylvania Ave. Morrisville, PA 19067 | Banyan Mezzanine Fund II, L.P., as Agent | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.7 | Greenscape Storm Response Services, LLC | 1777 S. Pennsylvania Ave. Morrisville, PA 19067 | Bondex Insurance Company | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.8 | Greenscape Tree Services, LLC | 1777 S. Pennsylvania Ave. Morrisville, PA 19067 | Banyan Mezzanine Fund II, L.P., as Agent | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.9 | Greenscape Tree Services, LLC | 1777 S. Pennsylvania Ave. Morrisville, PA 19067 | Bondex Insurance Company | ■ D 2.2<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy